UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:13-cr-618-mo |
| v. | |
| JUAN CARLOS CERNA-MORENO, | **INDICTMENT** |
| Defendant. | Illegal Reentry (8 U.S.C. § 1326(a)) |

**THE GRAND JURY CHARGES:**

On or about December 9, 2013, in the District of Oregon, **JUAN CARLOS CERNA-MORENO**, defendant herein, an alien and citizen of Mexico, was found in the United States, having previously been arrested and denied admission, excluded, deported, and removed from the United States as an alien on July 13, 2009, defendant having knowingly and unlawfully re-entered and that the Attorney General of the United States, or his successor, the Secretary for Homeland Security, did not expressly consent to his reapplying for admission to the United States from a place outside the United States; all in violation of Title 8, United States Code, Section 1326(a).

Dated this 30th day of December 2013.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

GREGORY R. NYHUS, OSB #91384
Assistant United States Attorney
(503) 727-1000